## Glenfield Borough, et al., v. The Manufacturers' Light & Heat Company, Appellant.

Argued October 23, 1912. Appeal, No. 24, Oct. T., 1912, by defendant, from decree of C. P., No. 4, Allegheny Co., First T., 1911, No. 12, granting an injunction in case of Borough of Glenfield, The First Presbyterian Church of Glenfield, Thorn Chapel Methodist Episcopal Church and Evangelical Lutheran Church of St. Paul, Ohio Township, Allegheny County, Pennsylvania, v. The Manufacturers' Light & Heat Company. Before FELL, C. J., BROWN, MESTREZAT, STEWART and MOSCHZISKER, JJ. Affirmed.

*A. Leo Weil*, of *Weil & Thorp*, with him *C. M. Thorp*, *S. Leo Ruslander* and *Elias Sunstein*, for appellants.

*Ferd H. Phillips*, for Borough of Glenfield, appellee.

*Frederick W. Miller*, of *Robb & Miller*, for First Presbyterian Church, Thorn Chapel M. E. Church and Evangelical Lutheran Church of St. Paul, appellees.

OPINION BY MR. JUSTICE STEWART, January 6, 1913:

This case upon its facts corresponds exactly with that of the Borough of Bellevue, et al., v. The Manufacturers'

Light & Heat Company, No. 32, October Term, 1912, 238 Pa. 388, in which the opinion has just been handed down. The same considerations govern here as there. The appeal is dismissed and the decree is affirmed.